Floyd W. Bybee, #012651
**BYBEE LAW CENTER, PLC**
90 S. Kyrene Rd., Ste. 5
Chandler, AZ 85226-4687
Office: (480) 756-8822
Fax: (480) 302-4186
floyd@bybeelaw.com

Attorney for Plaintiffs

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Sol David Rodriguez; and Karren Joy Rodriguez;<br><br>     Plaintiffs,<br><br>v.<br><br>ALCO Capital Group, LLC; Guz Bruen Law Group, PLLC; Bruen Law Office, PLLC; and Charles J. Bruen III;<br><br>     Defendants. | No.<br><br>**COMPLAINT**<br><br>(Jury Trial Demanded) |

## I. Preliminary Statement

1. Plaintiffs bring this action for damages based upon Defendants' violations of the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. §§ 1692 *et seq*. In the course of attempting to collect a debt, Defendants intentionally engaged in deceptive, unfair and abusive debt collection practices in violation of the FDCPA. Plaintiffs seek to recover statutory damages, actual damages, costs and attorney's fees.

## II. JURISDICTION

2. Jurisdiction of this Court, over this action and the parties herein, arises under 15 U.S.C. § 1692k(d) (FDCPA), and 28 U.S.C. § 1331. Venue lies in the Phoenix Division of the District of Arizona as Plaintiffs' claims arose from acts of the Defendants perpetrated therein.

## III. PARTIES

3. Plaintiffs reside in Pinal County, Arizona.
4. Plaintiffs are natural persons who are allegedly obligated to pay a debt which was incurred for personal, family, or household purposes.
5. Plaintiffs are "consumers" as that term is defined by FDCPA § 1692a(3).
6. Defendant ALCO Capital Group, LLC ("ALCO") is a Wisconsin limited liability company.
7. ALCO collects or attempts to collect debts which it claims to have purchased or to have been assigned after default.
8. ALCO regularly uses the courts in Arizona to collect consumer debts.
9. ALCO is a "debt collector" as that term is defined by FDCPA § 1692a(6).
10. Defendant Guz Bruen Law Group, PLLC ("the Law Group") is an Arizona professional limited liability company.
11. The Law Group regularly collects or attempts to collect debts owed or asserted to be owed or due another, from residents within the State of Arizona.
12. The Law Group is a "debt collector" as that term is defined by FDCPA §1692a(6).
13. Defendant Bruen Law Office, PLLC is a Member of the Law Group.
14. Upon information and belief, Bruen Law Office, PLLC holds one-half

- 2 -

1 ownership of the Law Group.

2 15. Bruen Law Office, PLLC is solely owned by Defendant Charles J. Bruen III.

4 16. Through its ownership and control of the Law Group, Bruen Law Office, PLLC regularly collects or attempts to collect debts owed or asserted to be owed or due another, from residents within the State of Arizona.

7 17. The Bruen Law Office, PLLC is a "debt collector" as that term is defined by FDCPA §1692a(6).

9 18. Defendant Charles J. Bruen III is an Arizona licensed attorney.

10 19. Bruen solely owns Bruen Law Office, LLC.

11 20. Upon information and belief, and though its ownership in the Law Group, Bruen Law Office, LLC and Bruen control the day to day operations of the Law Group.

14 21. Bruen, individually and as a member of Bruen Law Office, PLLC, regularly collects or attempts to collect debts owed or asserted to be owed or due another, from residents within the State of Arizona.

17 22. Bruen is a "debt collector" as that term is defined by FDCPA §1692a(6).

18 23. (Hereinafter, the Law Group, Bruen Law Office, PLLC, and Bruen will be referred to collectively as "the Buren Defendants.")

20 **IV.  Factual Allegations**

21 24. ALCO claims to have purchased a defaulted and charged-off credit card account from Wells Fargo Bank, N.A., which Defendants claim is owed by Plaintiffs. (hereinafter "Debt").

24 25. Any credit card account which the Plaintiffs would have opened, including the alleged Debt, would have been used solely for personal, family, or

- 3 -

1    household purposes.
2    26. At the time the Wells Fargo Account was opened, Plaintiffs resided in
3         Mesa, Arizona, not Casa Grande, Arizona.
4    27. Sometime in or about 2015, ALCO hired the Bruen Defendants to assist
5         it in collecting the Debt from Plaintiffs.
6    28. On May 14, 2015, the Buren Defendants filed a lawsuit on behalf of
7         ALCO to attempt to collect the alleged Debt from Plaintiffs.
8    29. Defendants filed their lawsuit in the Casa Grande Justice Court, Pinal
9         County Precinct #2, located in Casa Grande, Arizona.
10   30. In paragraph 2 of the justice court complaint, Defendants correctly listed
11        Plaintiffs' home address to be 1256 E. Nancy Avenue, San Tan Valley,
12        AZ 85140.
13   31. Plaintiffs' home address is not within the precinct of the Casa Grande
14        Justice Court, but rather lies in the Apache Junction Justice Court, Pre-
15        cinct #7, which is located in Apache Junction, Arizona.
16   32. As Plaintiffs reside within the Apache Junction Justice Court precinct,
17        Defendants were required to file their collection suit in the Apache
18        Junction Justice Court, not the Casa Grande Justice Court.
19   33. Upon being served with the Justice Court summons and complaint,
20        Plaintiffs hired counsel to assist them with the lawsuit.
21   34. Plaintiffs filed an application to change venue, which the court granted
22        finding that the proper venue was in the Apache Junction Justice Court.
23   35. Defendants filed their lawsuit in the wrong venue.
24   36. As a result of Defendants' actions as outlined above, Plaintiffs have
25        suffered actual damages, including emotional distress and out of pocket

- 4 -

1 expenses.

## V. Causes of Action

### a. Fair Debt Collection Practices Act

37. Plaintiffs repeat, reallege, and incorporate by reference the foregoing paragraphs.

38. Defendants' violations of the FDCPA include, but are not necessarily limited to, 15 U.S.C. § 1692i(a)(2).

39. As a direct result and proximate cause of Defendants' actions in violation of the FDCPA, Plaintiffs have suffered actual damages.

## VI. DEMAND FOR JURY TRIAL

Plaintiffs hereby demand a jury trial on all issues so triable.

## VII. PRAYER FOR RELIEF

WHEREFORE, Plaintiffs request that judgment be entered against Defendants for:

    a) Actual damages under the FDCPA;
    b) Statutory damages under the FDCPA;
    c) Costs and reasonable attorney's fees pursuant to the FDCPA; and
    d) Such other relief as may be just and proper.

/ / /
/ / /

DATED  February 24, 2016 .

      s/ Floyd W. Bybee
Floyd W. Bybee, #012651
**BYBEE LAW CENTER, PLC**
90 S. Kyrene Rd., Ste. 5
Chandler, AZ 85226-4687
Office: (480) 756-8822
Fax: (480) 302-4186
floyd@bybeelaw.com

Attorney for Plaintiffs