NOT FOR PUBLICATION

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Sol David Rodriguez, *et al.*, | No. CV-16-00509-PHX-JJT |
| Plaintiffs, | **ORDER** |
| v. | |
| Alco Capital Group LLC, *et al.*, | |
| Defendants. | |

    Pursuant to the Parties' Stipulation for Dismissal with Prejudice (Doc. 35) and good cause appearing,

    IT IS ORDERED granting the Stipulation (Doc. 35) and dismissing the above-captioned action with prejudice, each party to bear its own attorneys' fees and costs.

    Dated this 24th day of October, 2016.

Honorable John J. Tuchi
United States District Judge